IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ELIZABETH SEIGER,

    Plaintiff,

v.                        CASE NO. CV411-059

GEORGIA DEPARTMENT OF HUMAN
SERVICES,

    Defendant.

## O R D E R

Before the Court is the parties' Stipulation of Dismissal. (Doc. 95.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, Plaintiff's claims against Defendant Georgia Department of Human Services are **DISMISSED WITH PREJUDICE** with each party to bear their own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 22nd day of July 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA